UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

CASHMAN EQUIPMENT CORP.

VERSUS

ROZEL OPERATING CO., ET AL

CIVIL ACTION

NO. 08-363-RET

## RULING

The court, after carefully considering the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Christine Noland dated April 30, 2010, to which no objection has been filed, hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein.

Accordingly, the Motion to Dismiss and Alternatively, for a More Definite Statement (rec.doc.65) filed by third party defendants, James E. Stansbury, III and Stansbury & Associates, LLC, is granted in part, in that third party plaintiff, Rozel Operating Company, Inc., should file an amended third party complaint setting forth a more definite statement of its various claims, and denied in part in all other respects.

Baton Rouge, Louisiana, August 23, 2010.

RALPH E. TYSON, CHIEF JUDGE
MIDDLE DISTRICT OF LOUISIANA